# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGOP AJEMYAN and HUGO GUTIERREZ, as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE KING PAINT & BODY, LLC, a Texas limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19−cv−00644−DSF−KS<br>*[Assigned to the Honorable Dale S. Fischer]*<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>*[Filed concurrently with Stipulation of Dismissal of Entire Action Pursuant to Rule 41(a)(1)(A)(ii); Declaration of Amaras Zargarian in Support Thereof]*<br><br>Complaint Filed: December 21, 2018<br>Removal Date: January 28, 2019 |

| 1 | Pursuant to the parties' Stipulation of Dismissal of Entire Action Pursuant to
| 2 | Rule 41(a)(1)(A)(ii), the parties' joint request for dismissal of the entire action is
| 3 | hereby GRANTED. The Court ORDERS:
| 4 |     1. The above-entitled action is dismissed in its entirety, without prejudice.
| 5 |     2. The dismissal does not require notice to putative class members.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE